UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 3:19cr49(JCH) |
| v. | : | VIOLATION: |
| | : | 18 U.S.C. §§ 922(j) and 924(a)(2) |
| ABDURRAHMAN AKHDAR | : | (Possession of stolen firearms) |

INDICTMENT

The Grand Jury charges:

COUNT ONE
(Possession of stolen firearms)

On or about November 30, 2015, in the District of Connecticut, the defendant ABDURRAHMAN AKHDAR, knowingly possessed, stored, and disposed of two stolen firearms, that is, (1) a Smith & Wesson, Model Bodyguard 380, .380 caliber pistol bearing serial number EAR4728, and (2) a Colt, model Defender, .45 caliber pistol bearing serial number DR62789, each of which had been shipped and transported in interstate commerce, knowing and having reasonable cause to believe the firearms were stolen.

In violation of Title 18, United States Code, Sections 922(j) and 924(a)(2).

A TRUE BILL

/s/
_____
FOREPERSON

UNITED STATES OF AMERICA

_____
JOHN H. DURHAM
UNITED STATES ATTORNEY

_____
DOUGLAS P. MORABITO
ASSISTANT UNITED STATES ATTORNEY