UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED
2019 MAR 11 P 12: 46
U.S. DISTRICT COURT
NEW HAVEN, CT.

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | CRIMINAL NO. 3:19CR49(JCH) |
| ABDURRAHMAN AKHDAR | : | |

APPLICATION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM

Comes now the United States of America, prosecuting in its own sovereign right and behalf by Douglas P. Morabito, Assistant United States Attorney, and respectfully informs this Honorable Court:

1. On Wednesday, March 13, 2019 at 10:45 a.m., there will come before the Honorable Donna F. Martinez, United States Magistrate Judge, at Hartford, Connecticut, the criminal case of United States v. Abdurrahman Akhdar, Criminal No. 3:19CR49(JCH).

2. That the above named defendant, ABDURRAHMAN AKHDAR (Inmate No. 396706), is charged with violation of 18 U.S.C. §§ 922(j) and 924(a)(2) (Possession of Stolen Firearms).

3. That the said ABDURRAHMAN AKHDAR is now confined at the Robinson Correctional Institution, Enfield, Connecticut.

That the said ABDURRAHMAN AKHDAR should be presented before said District Court of the United States, District of Connecticut, at said time and place so said defendant may be prosecuted for said offense, or from time to time thereafter as the case may be adjourned to.

WHEREFORE, your petitioner respectfully prays that this Court may issue its Writ of Habeas Corpus Ad Prosequendum to the Warden, Robinson Correctional Institution, Enfield, Connecticut and the United States Marshal for the District of Connecticut, or any of his proper deputies, or any other authorized federal agents or task force officers ordering them to produce the said ABDURRAHMAN AKHDAR at the United States Courthouse, 450 Main Street, Hartford, Connecticut, on Wednesday, March 13, 2019 at 10:45 a.m., or from time to time thereafter as the case may be adjourned to, under proper, safe and secure conduct.

I declare under penalty of perjury that the foregoing is true and correct.

UNITED STATES OF AMERICA

JOHN H. DURHAM
UNITED STATES ATTORNEY

DOUGLAS P. MORABITO
ASSISTANT UNITED STATES ATTORNEY
FEDERAL BAR No. ct20962