UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | CRIMINAL CASE NUMBER: |
| v. | : | |
| | : | 3:19-cr-00049-JCH-1 |
| ABDURRAHMAN AKHDAR, | : | |
| *Defendant.* | : | August 30, 2019 |

**MOTION**
**TO CONTINUE SENTENCING DEADLINES**

Abdurrahman Akhdar moves for a 90-day continuance of the sentencing deadlines in this case. Good cause exists for granting this motion: beginning next week, Mr. Akhdar will be participating in a long-term inpatient program that lasts between three and six months. In support, Mr. Akhdar states as follows:

1. In February 2019, while serving a state sentence, Mr. Akhdar was charged with knowingly possessing and disposing of two stolen firearms roughly three-and-a-half years earlier, that is, in November 2015. ECF No. 1. In March 2019, Mr. Akhdar first appeared and was arraigned on this charge. ECF No. 6. The Court granted the government's detention motion at his first appearance because "the defendant consented to detention because he is serving a state sentence." ECF No. 11. Mr. Akhdar completed his state sentence on June 22, 2019.

2. In June 2018, several days before completing his state sentence, Mr. Akhdar pleaded guilty under a plea agreement to the firearms charge alleged in the indictment. ECF No. 26. Following the change-of-plea hearing, undersigned counsel entered a notice of appearance. ECF No. 33.

3. Mr. Akhdar thereafter sought release to Connecticut Valley Hospital, Merritt Hall Program. ECF No. 34. The Court granted the motion and released him on July 25, 2019. ECF No. 37.

4.      The Court thereafter continued the sentencing deadlines to allow undersigned counsel to familiarize himself with the case and for Mr. Akhdar the engage in treatment at CVH. ECF Nos. 43, 44. It thereafter scheduled sentencing for November 13, 2019. ECF No. 45.

5.      Following the entry of the updated sentencing schedule, Mr. Akhdar sought release from CVH following his successful discharge into a long-term residential treatment program, which lasts between three and six months. ECF No. 46. The Court granted that motion. ECF No. 47.

6.      A second continuance is being requested to allow Mr. Akhdar to engage in treatment prior to being sentenced. He anticipates being released into the new program next week, and his completion date would vary from anywhere between December and March. In light of this fact, a continuance of sentencing until sometime in February makes sense. It would allow Mr. Akhdar to make significant progress with his new treatment before sitting down for a presentence interview with the United States Probation Office.

6.      Assistant United States Attorney Doug Morabito and United States Probation Officer Megan Chester (who is assigned to write the presentence report) have no objection to the granting of this continuance.

                                                      Respectfully Submitted,

                                                      THE DEFENDANT,
                                                      Abdurrahman Akhdar

                                                      FEDERAL DEFENDER OFFICE

Date: August 30, 2019                        /s/ Ross Thomas
                                                     Assistant Federal Defender 10
                                                     265 Church Street, Suite 702
                                                     New Haven, CT 06510
                                                     Phone: (203) 498-4200
                                                     Bar No.: phv08740
                                                     Email: ross_thomas@fd.org

CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on August 30, 2019, a copy of the foregoing motion was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                                     /s/ Ross Thomas
                                     Ross Thomas